**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20150/655064175

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Shaun Wheeles and Dori L. Wheeles<br>      Debtors.<br>_____<br>CitiMortgage, Inc.<br>      Movant,<br>  vs.<br><br>Robert Shaun Wheeles and Dori L. Wheeles, Debtors; Constantino Flores, Trustee.<br><br>      Respondents. | No. 2:09-bk-16629-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #14) |

This matter having come before the Court for a Preliminary Hearing on September 10, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 22, 2007, and recorded on January 26,

2007 in Instrument No. 20070104617, in the office of the Maricopa County Recorder at wherein CitiMortgage, Inc. is the current beneficiary and Robert Shaun Wheeles and Dori L. Wheeles have an interest in, further described as:

    Lot 594, of TARTESSO UNIT 2A, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 754 of Maps, Page 28 and Affidavit of Change recorded as 2006-192276 of Official Records.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT